UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA GEORGE MANSOUR a/k/a LARA
SAMAHA, Married name,
    Plaintiff,

vs.

MONA BACH MANSOUR, individually, et al.,
    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Plaintiff's Motion for Andrew E. Siegel to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion to Appear *Pro Hac Vice*") [ECF No. 90]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

The Motion to Appear *Pro Hac Vice* [ECF No. 90] is hereby **GRANTED**. Designated local counsel, Lorne Berkeley, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email address to the docket, asiegel@cov.com, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of July, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record