IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA GEORGE MANSOUR, a/k/a
LARA SAMAHA,

    *Plaintiff*,

v.

MONA BACH MANSOUR;
ALEXANDER GEORGE MANSOUR;
ROLLY GEORGE MANSOUR; DANY
GEORGE MACARON; SALIM
JRESSATI; SAMIR HAMMOUD; ZIAD
MEKANA; ZIAD ABOU HAIDAR; and
PASCAL ANTOUN,

    *Defendants*.

## AFFIDAVIT OF ELIE SAMAHA

**STATE OF FLORIDA** )
                         :ss
**COUNTY OF MIAMI-DADE** )

BEFORE ME, the undersigned appeared, ELIE SAMAHA, who being duly sworn did depose and say:

1. My name is ELIE SAMAHA.

2. I am over the age of eighteen. I am a United States Citizen.

3. The statements contained herein are true and correct to the best of my knowledge and belief.



EXHIBIT 2

4. My wife, LARA MANSOUR (Married Name: SAMAHA) initiated legal proceedings in the United States of America against all Defendants.

5. After service of the lawsuit on February 12, 2019, my wife and I were both contacted by Majed Bouez[1] and lured to return to Lebanon. It was represented to us by Majed that Lara's case in Lebanon was going to move forward, arrest warrants in Lebanon were going to be issued for the family's defendants and this would most likely lead to a favorable resolution of the case in Lebanon.

6. Upon our return to Lebanon on April 2nd, 2019, my wife was immediately taken into custody at the Airport in Beirut, Lebanon.

7. My wife was initially detained by the Surety General. The next day, April 3, 2019, my wife was transferred to Internal Security Forces, ISF, Lebanon's National Police, where she was interrogated about the United States Federal Lawsuit.

8. On April 3rd, 2019, I visited Minister of Justice, Albert Serhan to request the release of my wife, Lara. Minister Serhan demanded that the Federal lawsuit be dismissed and the Clerk's Defaults entered against all the family member Defendants in the lawsuit be immediately set aside.

9. On April 4, 2019, after my meeting with Minister Serhan, I was taken into custody by the ISF and interrogated about the United States Federal Lawsuit. After being interrogated I was held in an underground cell with no food, water, air conditioning, or light along with my wife.

---

[1] Majed Bouez is my wife, Lara's attorney. However, he was directed to us by Lebanese government officials. My wife and I believe he was working more for the Lebanese government then us. We have since discharged him as our attorney.

10. My wife and I were held hostage at the ISF until we met the demands of the Lebanese officials including the defendants. There was no basis for them to do this other than what I was told that because I introduced my wife to an American attorney that I was now being held hostage pending the dismissal of the Federal Court lawsuit in the United States of America.

11. I was told that if the United States Federal Lawsuit and Lebanese lawsuits were not dismissed by my wife, Lara, with prejudice, that both my wife and I would face a minimum three (3) year jail sentence with hard labor.

12. As a result of these threats and my being held hostage, along with my wife, the Federal lawsuit in the United States of America was in fact dismissed along with all ongoing Lebanese Lawsuits. This dismissal was against my wife's will. I was not released from being held hostage until April 11, 2019.

13. This dismissal was done solely on the fact that both my wife and I were held hostage and we were told we would not be released until the lawsuit was dismissed.

14. I have read the allegations contained within the Rule 60 Motion filed on behalf of my wife and those allegations are true and correct to the best of my knowledge and belief.

15. During the time I was held hostage I was told that I would not be released unless my wife, Lara dismissed the Federal Court lawsuit filed in the United States of America, Southern District of Florida, under Case No.: 17-24206-CIV-MARTINEZ-OTAZO-REYES along with the defaults that had been already entered by the Court and all ongoing Lebanese lawsuits.

16. Defendants have filed their response to my wife's rule 60 motion and have attached affidavits of several of the defendants. The defendant's response contains many incorrect statements and allegations. For example my wife has not concocted claims in Lebanon

and the investigation of my claims were never completed [DE94, Page 1]. The dismissal of my wife's claims both in the United States and Lebanon was not the result of a negotiated Settlement and voluntary dismissal [DE 94, Page 5 Section E] [2]. My wife was coerced in to doing so while we were both being held hostage.

17. The affidavit of Ziad Mekanna is false. While my wife's inheritance claims in Lebanon were before Mekanna for approximatly two (2) years, a full investigation did not take place. At the end of the alleged investigation, Mekenna forwarded the file to Mount Lebanon General Prosecutor Ghada Aoun who forwarded it to prosecutor Nazek Al Khatib for final judgment.

18. The prosecutor Nazek Al Khatib who after her own review ordered the arrest of all of Lara's family members involved in the wrongful taking of Lara's money and property and the pursuit of most of the charges as alleged by Lara. I personally saw this information and the judgment issued on 03/16/2018.

19. However, Mekenna did not follow the prosecutor's directives and dismissed the case on his own. This prompted the prosecutor Al Khatib to appeal on 03/23/2018 accusing Mekenna of not properly overseeing the case, and not taking into consideration; Medical reports, discrepancies of defendants testimony, the confession of defendant to forgery and the refusal of defendants to supply any company bank or accounting statements. I personally saw this information and the appeal judgment issued on 03/23/2018.

---

[2] There are several other misrepresentations in the response [DE94]. However I am focusing on the evidence the Lebanese official defendants would like for your honor to consider, the Declarations of the Defendants.

20. The affidavit of Samir Hammoud is also false. Samir Hammoud played a direct role in ensuring Lara's cases in Lebanon were dismissed and the investigation of the alleged sales of lands was not completed. I was directly informed by Judge Bou Samra that both Samir Hammoud and Salim Jreissati gave direct orders to dismiss my wife's cases retaining to the alleged sales of lands in Lebanon and for the investigation and prosecution to not go forward.

21. The affidavit of Salim Jreissati is false. He was the Minister of Justice at the time of these events complained of taking place in Lebanon. He is now currently the Minister of Presidential Affairs. Jreissati oversees all of the justices (judges) and prosecutors. He can fire them and provide orders for them to take or not take certain actions in legal proceedings. I personally spoke to Jreissati over the phone requesting for him to stop all the corruption in Lara's cases. He promised to assign Judge Tanios Saghbini to correct the issues complained of by Lara. However, no changes ever took place.

22. The affidavit of Ziad Abou Haidar is false. Haidar was actively involved in negotiating the dismissal of the United States Federal Lawsuit with Lebanese attorney Majed Bouez. My wife and I would not be released from being held hostage unless the dismissal of the United States Federal Lawsuit, which included Abou Haidar was dismissed with prejudice. Abou Haidar also pressed charges against my wife and wanted to arrest her, Lara in 2017 despite Lebanese law prohibiting such charges while the lawsuit was still pending in Lebanon.

23. In sum, the response filed by the defendants and the accompanying declarations misrepresents the facts and circumstances of my wife's cases in Lebanon and my wife and I being held hostage.

FURTHER AFFIANT SAIETH NAUGHT.

_____
Elie Samaha

The foregoing instrument was acknowledged before me this 24th day of July, 2019, by Elie Samaha, who is personally known to me, or has produced _____ as identification.

_____
Signature of Notary Public, State of Florida
My Commission Expires:

DAISY ORTIZ
MY COMMISSION # GG 138800
EXPIRES: December 28, 2021
Bonded Thru Notary Public Underwriters

p:\edsiss\docs\2508\9369\11b2971.docx