## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

### CASE NO.: 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA GEORGE MANSOUR, a/k/a
LARA SAMAHA,

    *Plaintiff,*

v.

MONA BACH MANSOUR;
ALEXANDER GEORGE MANSOUR;
ROLLY GEORGE MANSOUR; DANY
GEORGE MACARON; SALIM
JRESSATI; SAMIR HAMMOUD; ZIAD
MEKANA; ZIAD ABOU HAIDAR; and
PASCAL ANTOUN,

    *Defendants.*

### AFFIDAVIT OF LORNE E. BERKELEY

**STATE OF FLORIDA**     )
                                   :ss
**COUNTY OF MIAMI-DADE**    )

    BEFORE ME, the undersigned appeared, LORNE E. BERKELEY, being duly sworn did depose and say:

    1.    My name is LORNE E. BERKELEY.

    2.    I am over the age of eighteen.



EXHIBIT 3

3. I am an attorney licensed to practice law within the State of Florida and the United States District Court, Southern District of Florida.

4. I represent the interest of LARA MANSOUR in the above-captioned matter.

5. On April 2nd, 2019, I was contacted by LARA MANSOUR (Married Name: SAMAHA)'s husband, Elie Samaha.

6. At that time Elie Samaha informed me that his wife had been taken hostage upon their arrival at the airport in Beirut.

7. Elie Samaha explained to me the basis of LARA MANSOUR being taken into custody was due to the filing of the lawsuit in the United States District Court, Southern District of Florida - **Case No.: 17-24206-CIV-MARTINEZ-OTAZO-REYES.**

8. Elie Samaha made efforts to have his wife, LARA released and those efforts failed.

9. In fact, on April 4th, 2019, I was informed by Lebanese Attorney, Majed Bouez, that Elie Samaha had been taken hostage.

10. During the time frame of April 3rd, 2019 through April 11th, 2019, I have many text message exchanges with Majed Bouez[1].

11. Through text message exchanges I was informed by Majed Bouez that Elie and Lara would not be released unless the lawsuit in the United States was dismissed with prejudice and Lara's claims in Lebanon were also dismissed. (See text message exchanges attached hereto and incorporated herein by reference as Composite **Exhibit "A").** These text message exchanges

---

[1] Majed Bouez is the Lebanese attorney for Lara in her Lebanese legal matters. However, my clients explained to me that Majed was referred to them through the Lebanese Government and that they believed Majed was working more for the Lebanese Government than for them.

were through Whatsapp and were extracted through the Whatsapp application into this printable format ).

12. As a result of Elie and Lara being held hostage and my being informed directly through Majed Bouez that Elie and Lara would not be released unless the United States Federal Court lawsuit was dismissed, I in fact did file a Notice of Voluntary Dismissal With Prejudice.

13. This filing was done solely due to Elie and Lara being held hostage, my being informed that they would not be released unless the Federal lawsuit was dismissed with prejudice, and even after it was dismissed with prejudice, it was still almost 48-hours until Elie and Lara were released.

14. In addition, While Elie and Lara were also held hostage, I was instructed by Majed Bouez to draft a letter to Dany Macaron, Defendant in the United States Federal Court matter, representing that Elie and Lara would dismiss the Federal Court action.

15. In fact, on April 8th, 2019, at approximately 3:30 p.m., Eastern Standard Time, I had a telephone conversation with Dany Macaron whereby he explained to me what language and representations needed to be placed in the letter before Elie and Lara would be released from being held hostage. Based upon this demand, I did in fact prepared said letter. (See copy of letter attached hereto and incorporated herein by reference as **Exhibit "B"**).

16. There are also text message exchanges between Dany Macaroon and the undersigned discussing the issue of preparing this letter in order to obtain the release of Elie and Lara. (See text message exchanges attached hereto and incorporated herein by reference as **Exhibit "C"** they were extracted directly from whatsapp in printable format.)

17. This letter and text message exchanges further substantiates that Mr. Macaron while working with counsel with the other Defendants, including the Lebanese Government Official

Defendants, demanded the dismissal of the Federal Court lawsuit as a condition to take place in order for Elie and Lara to be released from being held hostage.

18. Moreover, a review of the complete text message exchanges between Majed Bouez and the undersigned, attached hereto and incorporated herein as Composite Exhibit "A", clearly indicate that the Lebanese Government Officials/Defendants were actively involved in making the demand for the dismissal of the United States Federal Court lawsuit as a condition for Elie and Lara to be released from being held hostage.

19. Elie and Lara did not dismiss this Federal Court action voluntarily or willfully, nor did I prepared and filed the Notice of Voluntary Dismissal With Prejudice willfully or voluntarily. The undersigned's actions along with Elie and Lara's actions of the dismissal were done solely due to Elie and Lara being held hostage and then not being released until the United States Federal lawsuit was dismissed along with the Lebanese Court basis.

20. The actions of the Lebanese Defendants/Government Officials give rise not only to the current claims pending before this Honorable Court but also give rise to additional claims which will be brought forward in a Second Amended Complaint which the undersigned is currently preparing.[2]

21. The Second Amended Complaint will include claims under the Alien Tort Claims Act, Torture Victim Protection Act (28 U.S.C. 1350); Extortion, and claims surrounding the Defendants' actions directly depriving Lara and Elie of their US Property Rights. These rights include but are not limited to, their Federal Court claim and their claims under the Torture Victim Protection Act.

---

[2] Of course, the undersigned will seek leave of Court prior to filing any Second Amended Complaint.

22. The Torture Victim Protection Act provides direct jurisdiction to this Honorable Court to hear these claims within said Statute as well as the other claims being brought in good faith with the understanding and belief that there is both personal and subject matter jurisdiction based upon the actions of the Defendants.

FURTHER AFFIANT SAIETH NAUGHT.

_____
Lorne E. Berkeley, Esquire

The foregoing instrument was acknowledged before me this 24 day of July, 2019, by Lorne E. Berkeley, who is <u>personally known to me</u>, or has produced _____ as identification.

_____
Signature of Notary Public, State of Florida
My Commission Expires:

VIVIAN V. MUNOZ
Notary Public – State of Florida
Commission # GG 089673
My Comm. Expires Jun 30, 2021
Bonded through National Notary Assn.

p:\edsiss\docs\2508\9369\11c1773.docx

```
                                              _chat
[4/3/19, 6:45:29 AM] Majed Bouez, Lawyer: Messages to this chat and calls are now
secured with end-to-end encryption.
[4/3/19, 6:45:29 AM] Lberk: Hello. It's Lorne Berkeley. The lawyer in the United
States. We will dismiss the lawsuit once I know Lara is free and safe. Have Lara
brought to you and Elie where I know she is safe. I am suggesting that she be
released and brought to the United States Embassy. This way I know for sure she is
safe. I will then dismiss the lawsuit. Thank you.
[4/3/19, 6:46:31 AM] Majed Bouez, Lawyer: Ok I agree
[4/3/19, 6:47:04 AM] Lberk: Thank you. Please keep me updated.
[4/4/19, 7:32:49 AM] Lberk: Hello. Are you with Eli? How are things going. Can you
please have Elie call me?
[4/4/19, 7:45:17 AM] Majed Bouez, Lawyer: iam at beirut court
elie and lara still at the internal security forces department
[4/4/19, 7:47:32 AM] Lberk: Are they going to be released today
[4/4/19, 7:48:05 AM] Majed Bouez, Lawyer: I trying
[4/4/19, 7:48:38 AM] Lberk: So is Elie arrested now??
[4/4/19, 7:48:51 AM] Majed Bouez, Lawyer: Yes
[4/4/19, 7:49:06 AM] Lberk: Unbelievable
[4/4/19, 7:49:17 AM] Lberk: How can we get them out
[4/4/19, 7:51:01 AM] Majed Bouez, Lawyer: And he want to dismiss the case concerning
the judges to be free, I am waiting here the approval from the judge
[4/4/19, 8:02:47 AM] Lberk: We said we would dismiss the case. I will dismiss the
case. However I need confirmation that they will be free.
[4/4/19, 8:03:27 AM] Majed Bouez, Lawyer: Ok
[4/4/19, 8:03:58 AM] Lberk: They have now wrongfully taken a United States citizen
is the custody. This brings about a whole different aspect to this scenario. I hope
they realize that.
[4/4/19, 8:08:42 AM] Majed Bouez, Lawyer: Hope that
[4/4/19, 11:46:38 AM] Lberk: Status?
[4/4/19, 11:46:44 AM] Lberk: Has Elie been released?
[4/4/19, 1:34:58 PM] Majed Bouez, Lawyer: Not yet
[4/4/19, 1:35:46 PM] Lberk: So he is in jail
Right now?
[4/4/19, 1:36:14 PM] Majed Bouez, Lawyer: Yes
[4/4/19, 1:36:35 PM] Lberk: why?    Because of macaron complaint?
[4/4/19, 1:39:36 PM] Majed Bouez, Lawyer: And mkana complaint
[4/4/19, 1:44:09 PM] Lberk: But I thought everybody was going to agree to dismiss
everything and everything was then going to be OK.
[4/4/19, 1:44:17 PM] Lberk: Are people going to agree to dismiss everything?
[4/4/19, 1:51:47 PM] Majed Bouez, Lawyer: Yes but Lara refuse to dismiss again her
family
[4/5/19, 4:42:17 AM] Lberk: Dismissal has been filed
[4/5/19, 4:42:22 AM] Lberk: Check your email
[4/5/19, 4:42:27 AM] Lberk: All defendants
[4/5/19, 4:42:37 AM] Lberk: Hello lease have Lara and Elie released right away
[4/5/19, 4:44:02 AM] Lberk: Please
[4/5/19, 7:20:25 AM] Lberk: Hello.  Are they released yet
[4/5/19, 7:37:00 AM] Majed Bouez, Lawyer: Not yet
[4/5/19, 7:37:22 AM] Lberk: Do we know why they have not been released?
[4/5/19, 7:37:46 AM] Majed Bouez, Lawyer: I am still waiting the dissmiss
[4/5/19, 7:38:06 AM] Lberk: Why have they not dismissed?
[4/5/19, 7:38:49 AM] Majed Bouez, Lawyer: Ziad mkana is making sure that Lara
dissmiss the case at us
[4/5/19, 7:39:12 AM] Lberk: The us cased is fully dismissed
[4/5/19, 7:39:40 AM] Lberk: I sent dismissal with filing stamp on top and email from
federal court system to you
[4/5/19, 7:39:54 AM] Lberk: It is dismissed and over forever
[4/5/19, 12:02:58 PM] Lberk: Is everything dismiss
[4/5/19, 12:03:03 PM] Lberk: Dismissed
[4/5/19, 12:03:53 PM] Lberk: Is Danny macaron dismissing his case
[4/5/19, 3:20:04 PM] Lberk: Is Danny dismissing the case?
[4/5/19, 4:09:44 PM] Majed Bouez, Lawyer: Not yet
[4/5/19, 4:49:38 PM] Lberk: why?
                                             Page 1
```

Composite Ex. A

_chat

[4/5/19, 4:49:47 PM] Lberk: I don't understand
[4/6/19, 8:32:33 AM] Lberk: Hello. Any updates
[4/6/19, 8:32:58 AM] Lberk: Do you think it would help if I spoke to danny macaron??
[4/6/19, 8:34:31 AM] Majed Bouez, Lawyer: I have a meeting with him right now
[4/6/19, 8:40:34 AM] Lberk: Ok. Feel free to call me if he would like to talk
[4/6/19, 11:52:48 AM] Majed Bouez, Lawyer: The lawyer dani maakaron is asking for this text to dismiss his case
[4/6/19, 11:53:03 AM] Majed Bouez, Lawyer: And granted with prejudice.
[4/6/19, 11:53:03 AM] Majed Bouez, Lawyer: <attached: 00000055-PHOTO-2019-04-06-11-53-03.jpg>
[4/6/19, 11:53:03 AM] Majed Bouez, Lawyer: Plaintiff hereby dismisses her claims againts any of the defendants (jointly and severally) and hereby irrevocably waives any and all rights the plaintiff may hold directly or indirectly againts any of the defendants (jointly and severally) and further irrevocably, finally and forever releases the defendants (jointly and severally) from any and all claims, liability and obligations whatsoever including inter alia any liability or obligation arising out of or in connection with Claim number ---- filed before ----. This dismissal of claim and waiver and release of rights is without any reserve.
[4/6/19, 11:54:56 AM] Lberk: I just tried calling you. I don't understand. He wants me to send that text? If so I will. Just please confirm.
[4/6/19, 11:54:57 AM] Majed Bouez, Lawyer: Can't talk...pls text me
[4/6/19, 11:55:07 AM] Majed Bouez, Lawyer: Yes
[4/6/19, 11:55:14 AM] Lberk: Ok. I'll send it now
[4/6/19, 11:55:33 AM] Lberk: From attorney Lorne Berkeley

Plaintiff hereby dismisses her claims againts any of the defendants (jointly and severally) and hereby irrevocably waives any and all rights the plaintiff may hold directly or indirectly againts any of the defendants (jointly and severally) and further irrevocably, finally and forever releases the defendants (jointly and severally) from any and all claims, liability and obligations whatsoever including inter alia any liability or obligation arising out of or in connection with Claim number ---- filed before ----. This dismissal of claim and waiver and release of rights is without any reserve.

[4/6/19, 11:55:58 AM] Majed Bouez, Lawyer: Ok and we will wait the confirmation of the court
[4/6/19, 11:56:16 AM] Lberk: The court has already received my dismissal. So in the matter is now dismissed. What confirmation are you waiting for
[4/6/19, 11:56:51 AM] Majed Bouez, Lawyer: And this also
[4/6/19, 11:57:13 AM] Lberk: Yes, granted with prejudice. Does also say that on my notice of dismissal. It is granted with prejudice.
[4/6/19, 11:57:35 AM] Lberk: I meant it already does say that my notice of dismissal.
[4/6/19, 11:57:48 AM] Lberk: It Is dismissed with prejudice.
[4/6/19, 11:58:09 AM] Lberk: When you said you're waiting for court approval you mean the court in Lebanon?
[4/6/19, 11:58:25 AM] Majed Bouez, Lawyer: No of usa
[4/6/19, 11:58:40 AM] Lberk: It already is confirmed. There's no more approval. I filed it.
[4/6/19, 11:59:28 AM] Lberk: pdf • 2 pages <attached: 00000071-pdf.pdf>
[4/6/19, 11:59:53 AM] Lberk: Those stamps on the top of the document means it filed and final
[4/6/19, 12:00:06 PM] Majed Bouez, Lawyer: Ok
[4/6/19, 12:00:19 PM] Majed Bouez, Lawyer: I will call you back
[4/6/19, 12:00:24 PM] Lberk: Ok
[4/6/19, 12:01:17 PM] Lberk: You see how it says with prejudice. That cannot be taken back. Forever.
[4/6/19, 12:01:30 PM] Majed Bouez, Lawyer: Clear
[4/6/19, 12:01:34 PM] Lberk: This the case is dismissed forever.
[4/6/19, 12:02:55 PM] Lberk: Those stamps cannot be duplicated. they are official. I would be committing a federal criminal offense and subjecting myself to jail and losing my license to practice law if I had forged those stamps. Clearly I did not and they are real. I am not jeopardizing my livelihood for anyone or anything. Meaning, this is 100% filed, legitimate, and real and dismissed with prejudice.

Page 2

_chat

[4/6/19, 12:06:32 PM] Lberk: Call me when you are able to. Thank you.
[4/6/19, 12:06:43 PM] Majed Bouez, Lawyer: Ok
[4/7/19, 2:43:43 PM] Lberk: Hello. Call me. I just spoke with Elie. It's clear that Danny macaron and the other people such as the judges are not going to follow through with their representations. Therefore, the niceties are gone. I will be setting aside the dismissal, informing the federal court judge of what is going on, I have reached out to a news reporter that I am friendly with in the media who is going to be doing a national news story about a US citizen taken hostage in Lebanon. Please make sure you let the judges and everyone know what is going to happen over here in the United States.
[4/7/19, 2:43:59 PM] Lberk: I am going to be providing the judges and prosecutors specific names and information to the media and the federal judge.
[4/7/19, 2:44:10 PM] Lberk: Their names are going to be all over the United States news.
[4/7/19, 2:44:35 PM] Lberk: I'm also reaching out to the FBI, the State department, secretary of state Pompeo and the White House.
[4/7/19, 6:48:34 PM] Lberk: What is danny macaron phone number?
[4/7/19, 7:34:07 PM] Majed Bouez, Lawyer: <attached: 00000087-Me Dani Maakaron.vcf>
[4/7/19, 7:34:46 PM] Lberk: Thank you. Do you think he will speak to me? Do you think we can possibly resolve this matter and get Lara and Elie free?
[4/7/19, 7:35:21 PM] Majed Bouez, Lawyer: I hope that tomorrow
[4/7/19, 7:35:45 PM] Lberk: So far nobody has been acting honestly. They've all been telling us to do things, which I have done, and then nobody follows through. If they want to be seen as honest people then they will live by their word and their actions
[4/7/19, 7:36:47 PM] Lberk: I have also reached out to Lebanese attorney Jean Haidar. Do you know him?
[4/7/19, 7:37:05 PM] Majed Bouez, Lawyer: No
[4/7/19, 7:38:22 PM] Lberk: And a Lebanese attorney Joseph Aoun
[4/7/19, 7:38:30 PM] Lberk: Do you know him
[4/7/19, 7:38:51 PM] Majed Bouez, Lawyer: I think yes
[4/7/19, 7:39:10 PM] Lberk: OK well if you know him maybe you can reach out to him because I plan on asking for his assistance as well. Maybe you guys can work together.
[4/7/19, 7:40:53 PM] Majed Bouez, Lawyer: I'm sorry I can't work with anybody. And I don't mind if he work alone
[4/7/19, 7:41:16 PM] Lberk: Why can't you work with anybody?
[4/7/19, 7:42:18 PM] Majed Bouez, Lawyer: This is my rules...I'm really sorry
[4/7/19, 7:42:43 PM] Lberk: OK. Well hopefully you'll get them out tomorrow and we won't need any other help.
[4/7/19, 7:45:30 PM] Majed Bouez, Lawyer: I sill waiting the approve from lara to dismiss all the cases in Lebanon to get them tomorrow or after tomorrow max
[4/7/19, 7:45:56 PM] Lberk: Well, I spoke to her today and it's my understanding she is going to dismiss everything
[4/7/19, 7:46:58 PM] Majed Bouez, Lawyer: So she accepted??
[4/7/19, 7:47:25 PM] Lberk: When I spoke to her today I told her she needs to dismiss everything and that's my understanding that she's going to.
[4/7/19, 7:47:48 PM] Majed Bouez, Lawyer: Good
[4/7/19, 7:49:02 PM] Majed Bouez, Lawyer: doc1 • 1 page <attached: 00000106-doc1.docx>
[4/7/19, 7:49:29 PM] Majed Bouez, Lawyer: And what about this ?
[4/7/19, 7:52:44 PM] Lberk: I already sent that to you
[4/7/19, 7:52:47 PM] Lberk: Via text
[4/7/19, 7:55:25 PM] Majed Bouez, Lawyer: So do u have the confirmation from the lawyer of hamoud
[4/7/19, 7:55:45 PM] Lberk: What confirmation
[4/8/19, 4:30:41 AM] Lberk: Do you have any updates
[4/8/19, 7:16:39 PM] Lberk: Hello. Elie has requested that I prepare and send you the following letter. This letter is supposed to be handed to Dany Maakaron in court tomorrow at the same time all the current cases pending against Elie and Lara are dismissed. This includes but is not limited to the family members claims and lawsuit, Dany Maakaron claims and lawsuit and any other claims or lawsuits that are currently pending against Elie and Laura so as to allow them to be free immediately and come back unconditionally to the United States.

Page 3

_chat
[4/8/19, 7:30:36 PM] Lberk: Samaha Letter to Maakaron v3 • 2 pages <attached: 00000114-Samaha Letter to Maakaron v3.pdf>
[4/9/19, 4:45:17 AM] Lberk: Hello. Are all charges by Dany and mekenna being dropped today so Elie and Lara can be released?
[4/9/19, 4:48:07 AM] Lberk: I am not sure why you don't reply to me. It's ever since I mentioned another attorney. Here in the US Attorney's work with other attorneys all the time. It was not meant to offend you. So please don't take it that way. There are no other attorneys but you.
[4/9/19, 5:10:00 AM] Majed Bouez, Lawyer: Ok
[4/9/19, 5:10:15 AM] Lberk: Thank you
[4/9/19, 5:10:23 AM] Lberk: Has the case been to court yet
[4/9/19, 5:10:27 AM] Majed Bouez, Lawyer: I'm @ the court
[4/9/19, 5:10:33 AM] Majed Bouez, Lawyer: Call u back
[4/9/19, 5:10:39 AM] Lberk: Ok. Thank you
[4/9/19, 6:05:29 AM] Lberk: Is court over for the day?
[4/9/19, 6:05:39 AM] Lberk: Why are they not released?
[4/9/19, 9:27:33 AM] Lberk: What is name of judge who arrest them
[4/9/19, 9:29:28 AM] Majed Bouez, Lawyer: Zaher hemdan
[4/9/19, 9:29:40 AM] Majed Bouez, Lawyer: & today farid ajib
[4/9/19, 9:29:49 AM] Lberk: Ok. Thank you. Will it help if I wrote them a letter
[4/9/19, 9:31:59 AM] Majed Bouez, Lawyer: I don't think that
[4/9/19, 9:32:04 AM] Lberk: Ok
[4/10/19, 6:37:42 AM] Lberk: Hello. Any updates??
[4/11/19, 1:19:04 AM] Majed Bouez, Lawyer: This message was deleted.
[4/11/19, 1:30:57 AM] Majed Bouez, Lawyer: I'm dismissing all the cases now
[4/11/19, 2:37:06 AM] Lberk: Ok. Wow. Great
[4/11/19, 2:37:29 AM] Lberk: Including the state too?
[4/11/19, 2:38:01 AM] Lberk: Meaning the government is dismissing??
[4/11/19, 2:45:25 AM] Lberk: Are they going to be free today?
[4/11/19, 3:04:28 AM] Majed Bouez, Lawyer: I hope that, I'm working for it
[4/11/19, 3:04:53 AM] Lberk: Ok. How long until you know!
[4/11/19, 3:04:56 AM] Lberk: ?
[4/11/19, 3:05:22 AM] Majed Bouez, Lawyer: Maybe 2 or 3 hrs
[4/11/19, 3:05:30 AM] Lberk: Ok. Thank you
[4/11/19, 6:00:40 AM] Lberk: Any update?
[4/11/19, 6:04:56 AM] Majed Bouez, Lawyer: All is good
[4/11/19, 6:05:11 AM] Majed Bouez, Lawyer: I want one hour more
[4/11/19, 6:05:25 AM] Lberk: What does that mean? They will be released?
[4/11/19, 6:06:52 AM] Majed Bouez, Lawyer: Yes probably
[4/11/19, 6:07:10 AM] Lberk: To travel back to the United States
[4/11/19, 6:41:46 AM] Lberk: ?
[4/11/19, 6:43:30 AM] Majed Bouez, Lawyer: Yes
[4/11/19, 6:43:45 AM] Majed Bouez, Lawyer: They are free
[4/11/19, 6:43:57 AM] Lberk: Ok. Wow! Thank you for letting me know!
[4/11/19, 6:44:05 AM] Lberk: Please have them call me
[4/11/19, 6:44:10 AM] Lberk: Thank you very much
[4/11/19, 6:44:23 AM] Majed Bouez, Lawyer: ☐☐☐☐
[4/11/19, 6:47:34 AM] Lberk: I am trying to call Elie but no answer
[4/11/19, 6:48:53 AM] Majed Bouez, Lawyer: They are free legaly
[4/11/19, 6:49:02 AM] Lberk: What does that mean?
[4/11/19, 6:49:07 AM] Lberk: Are they out of jail??
[4/11/19, 6:49:30 AM] Majed Bouez, Lawyer: They want 2 hours max to be out of jail
[4/11/19, 6:49:39 AM] Majed Bouez, Lawyer: A procedure only
[4/11/19, 6:49:40 AM] Lberk: Did the state dismiss their cases too
[4/11/19, 6:50:18 AM] Majed Bouez, Lawyer: No
[4/11/19, 6:50:42 AM] Majed Bouez, Lawyer: They have a public hearing
[4/11/19, 6:50:53 AM] Lberk: But they can still travel to United States today if they want
[4/11/19, 6:50:54 AM] Majed Bouez, Lawyer: I follow it
[4/11/19, 6:51:03 AM] Majed Bouez, Lawyer: Yes they can
[4/11/19, 6:51:13 AM] Lberk: When is public hearing
[4/11/19, 8:49:48 AM] Lberk: Hello. Any update? I have not heard from them. Are they out of jail?

_chat

[4/11/19, 9:42:00 AM] Lberk: Hello. Any information? Are they not going to release them?
[4/11/19, 9:51:50 AM] Majed Bouez, Lawyer: It's done
[4/11/19, 9:52:07 AM] Majed Bouez, Lawyer: They call u in a while
[4/11/19, 9:52:17 AM] Lberk: Ok
[4/11/19, 9:52:30 AM] Majed Bouez, Lawyer: I'm not with them

23:38



**From:** Lorne Berkeley [mailto:lberkeley@drbdc-law.com]
**Sent:** Tuesday, April 2, 2019 2:08 PM
**To:** Murino, John; 'harout.samra@dlapiper.com'
**Cc:** Ari Sweetbaum; Vivian Munoz
**Subject:** IMPORTANT PLEASE READ NOW

External Email

John and Harout: Hello. My client traveled back to Lebanon yesterday and arrived today. Prior to their departure from the USA they expressed to me a concern about being arrested and add 'l issues/problems for them based upon the federal lawsuit filed here in the US.

Well, their concerns were correct. My client, Lara has been arrested just now at the airport in Lebanon for no reason other than the filing of this lawsuit. Please reach out to your respective clients to assist and in her release. Your clients all state there is no corruption, not one of your clients have done anything wrong yet Lara is now in custody for no reason whatsoever. Please contact me upon your receipt of this email and please contact your respective clients to get this resolved.

Her husband has indicated she has been taken to intelligence headquarters. I await your prompt reply.

Lorne E. Berkeley, Esq
Daniels Rodriguez Berkeley Daniels & Cruz, P.A.
4000 Ponce de Leon Blvd.
Suite 800

    

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:17-cv-24206-MARTINEZ-OTAZO-REYES

LARA GEORGE MANSOUR a/k/a LARA SAMAHA, Married name;

    Plaintiff,

v.

MONA BACH MANSOUR, individually; ALEXANDER GEORGE MANSOUR, individually; ROLLY GEORGE MANSOUR, individually; DANY GEORGE MACARON, individually; FADI WADIH LAYOUN, individually; RABIH JAMIL NOUREDDINE, individually; MOHAMMED ALI BARBAR, individually; ALI AHMAD BOU HAMDAN, individually; MARLENE WADIH LAYOUN, individually; AMIRA AHMAD MARABOUNI, individually; SALIM JREISSATI, individually; ZIAD MEKANNA, individually; SAMIR HAMMOUD, individually; ZIAD ABO HAIDAR, individually; and PASCAL ANTOUN, individually,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LARA GEORGE MANSOUR a/k/a LARA SAMAHA, hereby dismisses her claims against all the Defendants with prejudice, with each party to bear their own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

Case 1:17-cv-24206-JEM Document 98-3 Entered on FLSD Docket 07/24/2019 Page 13 of 20
Case 1:17-cv-24206-JEM Document 81 Entered on FLSD Docket 04/05/2019 Page 2 of 2

1:17-cv-24206-MARTINEZ-OTAZO-REYES

Page 2

I HEREBY CERTIFY that on this 4th day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

DANIELS, RODRIGUEZ, BERKELEY,
DANIELS & CRUZ, P.A.
*Attorneys for Plaintiff*
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, Florida 33146
Telephone No.: (305) 448-7988

By: ___/s/ Lorne E. Berkeley, Esq.___
     Lorne E. Berkeley, Esq.
     Florida Bar No.: 146099
     LBerkeley@drbdc-law.com

p:\edsiss\docs\2508\9369\1140129.docx

Plaintiff hereby dismisses her claims against any of the defendants (jointly and severally) and hereby irrevocably waives any and all rights the plaintiff may hold directly or indirectly against any of the defendants (jointly and severally) and further irrevocably, finally and forever releases the defendants (jointly and severally) from any and all claims, liability and obligations whatsoever including inter alia any liability or obligation arising out of or in connection with Claim number ---- filed before ----.

This dismissal of claim and waiver and release of rights is without any reserve and granted with prejudice.

April 8, 2019

Lebanese Attorney Dany Maakaron
Via Hand Delivery from
Lebanese Attorney Majid Bouez

    Re Elie and Lara Samaha

Mr. Maakaron:

  Pursuant to our telephone conference of this afternoon, approximately 3:30PM Eastern Time, I am providing you the below statement which I have discussed with my client as they both (Elie and Lara) called me from jail shortly after our phone call. My clients provide this below statement conditioned upon the following:

1) All family members, Lebanese officials/judges and yourself dismiss with prejudice (in their finality to never be brought again) their claims and/or charges against Elie and Lara Samaha.(However it is important to note that Salim Jressati, Ziad Mekanna, Ziad Haidar and Pascal Antoun are represented in the United States matter [which has been dismissed with prejudice] by the Law Firm DLA Piper. DLA Piper by and through their attorney Berge Setrakian has indicated his clients have no charges pending against Elie and Lara and are not involved in any legal proceedings or claims in Lebanon. Mr. Setrakian clients deny all charges and claims. As they are represented by counsel in the United States I am not communicating with them directly nor am I asking you do so. However you are a Lebanese attorney representing they are part of this letter release. The same applies to Samir Hammoud who is represented by US attorney John Murino, who's client denies all allegations and states is not involved in any legal actions in Lebanon. Again, I am not asking you to communicate to him as I have spoken to his US attorney. However you are representing he (Hammoud) is part of this letter. This includes claims in Lebanon and claims never to be brought in the United States against Elie, Lara and their agents and representatives.

2) Elie and Lara will be released upon your receipt of this letter without any conditions and be able to travel immediately to the United States along with their daughter Yasmina.

  In return and conditioned upon the foregoing, the undersigned on behalf of Elie and Lara as they are jailed and therefore instructed me to prepare this letter as they are unable, have directed me to comply with your request to issue the below statement:

  Lara Samaha hereby dismisses her claims against any of the defendants, jointly and severally, and hereby irrevocably waives any and all rights Lara Samaha may hold directly or indirectly against any of the defendants, jointly and severally and further irrevocably, finally and forever releases the defendants, jointly and severally, from

*Page 1 of 2* (handwritten)

any and all claims, liability and obligations whatsoever including inter-alia any liability or obligation arising out of or in connection with case number 1:17-CV-24206-JEM.

The dismissal of claim and waiver and release of rights is without any reserve and granted with prejudice.

Again, this statement is being provided with the understanding that ALL charges in Lebanon by the family members, Lebanese officials/judges involved this matter as you have represented they agree to this letter as well as yourself, will be permanently dismissed against Elie and Lara so as to allow their immediate release, without any conditions and the immediate ability to travel back to the United States with their daughter Yasmina. Furthermore, it is my understanding through our conversation that no other charges have been filed by any other individuals involved in this case in the United States or in the case in Lebanon. As such, there will be no other holds or basis to continue to hold my clients in jail.

Please confirm you have received this and Elie and Lara will be released immediately as represented herein and during our call. If the foregoing is not your understanding the release herein is null and void and you should advise me of same in writing. Thank you.

Submitted by,

Elie and Lara Samaha by and through their United States Attorney as they are jailed and unable to provide this letter themselves.

Page 2 of 2

_chat
[4/8/19, 3:14:00 PM] Dany Macaron: Messages to this chat and calls are now secured with end-to-end encryption.
[4/8/19, 3:14:00 PM] Dany Macaron: Hiiii
[4/8/19, 3:17:30 PM] Dany Macaron: Hello this is the lawyer  Dany maakaron from Lebanon the lawyer of  the sister and brother and mother of Lara I am the person who's in charge of the case and pls I will send you an what's up text to be added to finalize the case of Lara and Elie so they can be released
[4/8/19, 3:28:32 PM] Dany Macaron: <attached: 00000004-PHOTO-2019-04-08-15-28-32.jpg>
[4/8/19, 3:28:50 PM] Dany Macaron: <attached: 00000005-AUDIO-2019-04-08-15-28-50.opus>
[4/8/19, 3:29:29 PM] Dany Macaron: <attached: 00000006-AUDIO-2019-04-08-15-29-29.opus>
[4/8/19, 3:31:13 PM] Dany Macaron: Danymaakaron@gmail.com
[4/8/19, 3:35:08 PM] Lberk: I have received it. I will type it up and sign it and email it back to you. As I explained, in the United States Court system we file a notice of voluntary dismissal with prejudice in order to close out a case and it's finality.  So I cannot file this document with the court. The court case is actually closed in the system which means no documents can be filed. However I will provide it to you so you have it for your comfort.
[4/8/19, 3:41:10 PM] Dany Macaron: I appreciate ..waiting for your email...
[4/8/19, 4:44:53 PM] Dany Macaron: Pls if you signed and scanned thank you
[4/8/19, 5:20:25 PM] Dany Macaron: Pls if you can send it as soon as possible with our delication so we can printed tonight it already midnight that tomorrow the realase can be done(request *the name of Mr Pascal wadih antoun(lawyer and colleague). fady wadih layoun .Marlene wadih layoun.mona Omar Bach. Rolly George mansour . Alexandre George Mansour. and if possible all other names mentioned in the case..
[4/8/19, 5:21:07 PM] Lberk: Yes, I am working on it.
[4/8/19, 6:55:56 PM] Dany Macaron: ?
[4/8/19, 6:57:20 PM] Lberk: Yes. Almost done.  My client has instructed me to send it to Majid and then Majid can present it to you in court. He told me that the Mekenna proceeding has still not been dismissed and it's supposed to be dismissed tomorrow morning. Therefore you can dismiss the matter along with mekanna tomorrow in front of Majid who can then present this letter to you.
[4/8/19, 7:05:58 PM] Dany Macaron: Ok thxxxxx
[4/8/19, 7:17:38 PM] Lberk: I sent the letter to majid
[4/9/19, 12:46:38 AM] Dany Macaron: Ok thxxxx
[4/9/19, 5:08:42 AM] Lberk: Hello has the case been to court yet?  Are all charges dismissed and Elie and Lara released?
[4/9/19, 5:18:15 AM] Dany Macaron: No this is not my case is the case 9f president Mekana  but we are working for a satelment with majed bouez and all the papers are ready to be signed waiting for their lawyer mr bouez to get all the instructions from them
[4/9/19, 5:19:50 AM] Lberk: Ok. Thank you.  Do you know if mekana is dismissing claims ?  He is supposed to from what I am told.

Page 1

Composite Ex B.



Plaintiff hereby dismisses her claims against any of the defendants (jointly and severally) and hereby irrevocably waives any and all rights the plaintiff may hold directly or indirectly against any of the defendants (jointly and severally) and further irrevocably, finally and forever releases the defendants (jointly and severally) from any and all claims, liability and obligations whatsoever including inter alia any liability or obligation arising out of or in connection with Claim number — filed before —.

This dismissal of claim and waiver and release of rights is without any reserve and granted with prejudice.

April 8, 2019

Lebanese Attorney Dany Maakaron
Via Hand Delivery from
Lebanese Attorney Majid Bouez

           Re Elie and Lara Samaha

Mr. Maakaron:

      Pursuant to our telephone conference of this afternoon, approximately 3:30PM Eastern Time, I am providing you the below statement which I have discussed with my client as they both (Elie and Lara) called me from jail shortly after our phone call. My clients provide this below statement conditioned upon the following:

1) All family members, Lebanese officials/judges and yourself dismiss with prejudice (in their finality to never be brought again) their claims and/or charges against Elie and Lara Samaha.(However it is important to note that Salim Jressati, Ziad Mekanna, Ziad Haidar and Pascal Antoun are represented in the United States matter [which has been dismissed with prejudice] by the Law Firm DLA Piper. DLA Piper by and through their attorney Berge Setrakian has indicated his clients have no charges pending against Elie and Lara and are not involved in any legal proceedings or claims in Lebanon. Mr. Setrakian clients deny all charges and claims. As they are represented by counsel in the United States I am not communicating with them directly nor am I asking you do so. However you are a Lebanese attorney representing they are part of this letter release. The same applies to Samir Hammoud who is represented by US attorney John Murino, who's client denies all allegations and states is not involved in any legal actions in Lebanon. Again, I am not asking you to communicate to him as I have spoken to his US attorney. However you are representing he (Hammoud) is part of this letter. This includes claims in Lebanon and claims never to be brought in the United States against Elie, Lara and their agents and representatives.

2) Elie and Lara will be released upon your receipt of this letter without any conditions and be able to travel immediately to the United States along with their daughter Yasmina.

      In return and conditioned upon the foregoing, the undersigned on behalf of Elie and Lara as they are jailed and therefore instructed me to prepare this letter as they are unable, have directed me to comply with your request to issue the below statement:

      Lara Samaha hereby dismisses her claims against any of the defendants, jointly and severally, and hereby irrevocably waives any and all rights Lara Samaha may hold directly or indirectly against any of the defendants, jointly and severally and further irrevocably, finally and forever releases the defendants, jointly and severally, from

Page 1 of 2

Ex C

any and all claims, liability and obligations whatsoever including inter-alia any liability or obligation arising out of or in connection with case number 1:17-CV-24206-JEM.

The dismissal of claim and waiver and release of rights is without any reserve and granted with prejudice.

Again, this statement is being provided with the understanding that ALL charges in Lebanon by the family members, Lebanese officials/judges involved this matter as you have represented they agree to this letter as well as yourself, will be permanently dismissed against Elie and Lara so as to allow their immediate release, without any conditions and the immediate ability to travel back to the United States with their daughter Yasmina. Furthermore, it is my understanding through our conversation that no other charges have been filed by any other individuals involved in this case in the United States or in the case in Lebanon. As such, there will be no other holds or basis to continue to hold my clients in jail.

Please confirm you have received this and Elie and Lara will be released immediately as represented herein and during our call. If the foregoing is not your understanding the release herein is null and void and you should advise me of same in writing. Thank you.

Submitted by,

Elie and Lara Samaha by and through their United States Attorney as they are jailed and unable to provide this letter themselves.

Page 2 of 2