No. 079120

**CREDIT LIBANAIS** $20,000.00 USD
1-2
210

Payez contre ce chèque / Pay against this cheque
A l'ordre de / to the order of: **MME EVELYNE MANSOUR**

La somme de / The sum of: **US DOLLARS TWENTY THOUSAND AND 00/100 ONLY**
en lettres / in letters

Payable à / Payable at /
JPMorgan Chase Bank
New York 10017 USA
Account No. 544 729043

Place: BROUMMANA
Date: 15/04/2011

Pauline WAK[...]
CREDIT LIBANAIS
AGENCE BROUMMANA

⑈079120⑈ ⑆021000021⑆ 544729043⑈



EXHIBIT 4



No. 079120

CREDIT LIBANAIS الاعتماد اللبناني

USD **20,000.00

1-2
210

Payez contre ce chèque / Pay against this cheque
A l'ordre de / to the order of MME EVELYNE MANSOUR

La somme de / The sum of US DOLLARS TWENTY THOUSAND AND 00/100 ONLY
en lettres / in letters

Pauline WAK

Payable à / Payable at /
JPMorgan Chase Bank
New York 10017 USA
Account No. 544 729043

BROUMMANA           15/04/2011
Place               Date

CREDIT LIBANAIS
AGENCE BROUMMANA

⑈079120⑈ ⑆021000021⑆ 544729043⑈

