UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA SAMAHA and ELIE SAMAHA
    Plaintiffs,

v.                                                JURY TRIAL DEMANDED

GEBRAN BASSIL, SALIM JREISSATI,
DANY MACARON, ZIAD MEKANNA,
PETER GERMANOS, MAJED BOUEZ,
AHMAD SASSINE, MONA BACH MANSOUR,
ALEXANDER GEORGE MANSOUR,
ROLLY GEORGE MANSOUR, PASCAL ANTOUN,
SAMIR HAMMOUD, ZIAD ABOU HAIDAR,
FADI WADIH LAYOUN AND MARLENE WADIH LAYOUN

    Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES

The Plaintiff, LARA SAMAHA, as per the Supplemental Complaint filed on October 12, 2020, (ECF No. 149), hereby gives notice that ELIE SAMAHA is a Plaintiff in this proceeding, and GEBRAN BASSIL, PETER GERMANOS, MAJED BOUEZ, AHMAD SASSINE are Defendants in this proceeding.

Respectfully submitted,

*s/Rebecca L. Castaneda*
REBECCA L. CASTANEDA, ESQ.
Florida Bar No. 1007926
The Castaneda Law Firm
506 North Armenia Avenue
Tampa, Florida 33609
Tel: (813) 694-7780
rc@attorneyrebeccacastaneda.com

ANDREW E. SIEGEL
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5021
asiegel@cov.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system which will send an electronic filing to any counsel of record, this 15th day of October 2020. For the parties not listed in CM/ECF, a hard copy of the foregoing has been sent via mail to the following:

Salim Jressati
Jurisfirma
IMM. "The Consulate's" 75
Rue Mar Takla
Hazmieh, Lebanon

Ziad Mekanna
Courthouse
Second Floor
Baabda, Lebanon

Pascal Antoun
Youssef Jabre building, 5th floor
Nohad Jabre Law Firm
Antelias Highway
Metn, Mount Lebanon, Lebanon

Samir Hammoud
11th Floor
Achrafieh 4883 Building
La Poste Street, Adlieh Area
Beirut, Lebanon

Ziad Abou Haidar
General Prosecutor Office
Courts of Justice
Sami Solh Street
Beirut, Lebanon

Mona Bach Mansour
General Street, Joseph Attik Bldg., 1st Fl.
Furn El Chebak
Beirut, Lebanon

Alexander George Mansour
Claude Tabet Street, Olivar 1. Bloc D
Jamhour, Lebanon

Rolly George Mansour
Val Pere Jack Street, Dahdouh Building
Ground Floor
Bsalim, Lebanon

Dany George Macaron
Badaro St. Fransabank Building (Office)
Beirut, Lebanon
Naoum Labaki Street, Hersch Tabet
Sin el Fil, Lebanon

Fadi Wadih Layoun
Al-Iskandar Street, Layoun Building
Achrafieh, Beirut, Lebanon

Marlene Wadih Layoun
Baabdat - Mount Lebanon
Naoum Labaki Building
Ground Floor

                                                                                Respectfully submitted,

                                                         *s/Rebecca L. Castaneda*
                                        REBECCA L. CASTANEDA, ESQ.
                                                  The Castaneda Law Firm
                                             506 North Armenia Avenue
                                                      Tampa, Florida 33609
                                                          Tel: (813) 694-7780
                                                          Fax: (813) 701-3697
                                      rc@attorneyrebeccacastaneda.com
                                                 Florida Bar No. 1007926