UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA SAMAHA and ELIE SAMAHA,
    Plaintiffs,

vs.

GEBRAN BASSIL, et al.,
    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Samir Hammoud's Notice of Intent to Proceed Pro Se and Answer to Amended Complaint, [ECF Nos. 163–64]. Pursuant to Plaintiffs' filing of their Amended Complaint, the Clerk terminated the following parties as they are no longer Defendants in this action: (1) Ziad Abo Haidar, (2) Ali Ahmad Bou Hamdan, (3) Samir Hammoud, (4) Fadi Wadih Layoun, (5) Marlene Wadih Layoun, (6) Amira Ahmad Marabouni, (7) Rabih Jamil Noureddine, (8) Pascal Antoun, and (9) Mohammed Ali Barbar.

Plaintiffs SHALL send a copy of this Order to the foregoing Defendants to inform them that they are no longer Defendants to this action. **Plaintiff shall file a certification of service with the Clerk on or before November 23, 2020.**

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of November 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Magistrate Judge Otazo-Reyes