UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA SAMAHA and ELIE SAMAHA,

        Plaintiffs,

v.

GEBRAN BASSIL,
SALIM JREISSATI,
DANY MACARON,
ZIAD MEKANNA,
PETER GERMANOS,
MAJED BOUEZ,
AHMAD SASSINE,
MONA BACH MANSOUR,
ALEXANDER GEORGE MANSOUR, and
ROLLY GEORGE MANSOUR,

        Defendants.

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
(LETTER ROGATORY TO GEBRAN BASSIL)**

The United States District Court for the Southern District of Florida (the "Court"), 400 North Miami Avenue, Miami, FL 33132, USA, presents its greetings to the judicial authorities in the Republic of Lebanon ("Lebanon") and respectfully

- 1 -

requests judicial assistance of the courts of Lebanon to effect service of process for a civil proceeding before this Court in the above-captioned matter.

## FACTS

The Plaintiffs in the instant matter, on November 17, 2017, as amended and supplemented, instituted a civil action that involves in personam legal claims against certain defendants, including Gebran Bassil, relating to the kidnapping and torture of Lara Samaha and Elie Samaha. This defendant will be provided an opportunity to challenge the claims alleged against him as part of this action.

As required by Rule 4 of the Federal Rules of Civil Procedure, service must be effected on the defendants. Federal Rule of Civil Procedure 4(f) provides for service of an individual in a foreign country "as the foreign authority directs in response to a letter rogatory or letter of request," when "there is no internationally agreed means, or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice[.]" Fed. R. Civ. P. 4(f)(2). Rule 4(h) provides that service may be effected upon foreign corporations outside of the United States "in any manner prescribed by Rule 4(f) for serving an individual," except for personal delivery of a summons and complaint pursuant to Rule 4(f)(2)(C)(i). Fed. R. Civ. P. 4(h)(2).

The Plaintiffs in this matter have advised the Court that there is no internationally agreed upon means of service between the United States and Lebanon. As such, the Plaintiffs moved this Court for the issuance of a letter

rogatory to effect service in accordance with Rule 4. This Court is invoking assistance from the appropriate judicial authority in Lebanon to serve process on Gebran Bassil.

## ASSISTANCE NEEDED

This Court requests that in the interests of justice the appropriate judicial authority of Lebanon, in accordance with the law and procedural rules of Lebanon, service of process be effected with respect to the following documents:

1. a certified copy of the Supplemental Complaint in the above-captioned action; and
2. the Summons;

upon:

> GEBRAN BASSIL
> Free Patriotic Movement
> Center Mirna Chalouhi
> Sin El Fil
> Lebanon

The Court requests that the Affidavit of Service of Process (annexed hereto) be completed by the person serving process. The Court further requests that the completed affidavits be returned to the United States' Central Authority, the Department of Justice, Office of International Affairs, so that the Plaintiffs, may file the signed affidavits of service with the Court.

- 4 -

The Court appreciates the cooperation and aid received from the judicial authorities in Lebanon, and expresses its willingness to provide similar assistance to the judicial authorities in Lebanon.  The Court expresses its willingness to reimburse the judicial authorities of Lebanon for costs incurred in executing this Letter Rogatory.  The Court extends to the judicial authorities of Lebanon its assurances of its highest consideration and is extremely grateful for the kind assistance in regard to this request.

_____          _____
HONORABLE JOSE E. MARTINEZ              DATE
United States District Judge
Southern District of Florida


[SEAL]

# AFFIDAVIT OF SERVICE OF PROCESS

Plaintiffs:     LARA SAMAHA and ELIE SAMAHA

Defendants:  GEBRAN BASSIL, SALIM JREISSATI, DANY MACARON, ZIAD MEKANNA, PETER Germanos, MAJED BOUEZ, AHMAD SASSINE, MONA BACH MANSOUR, ALEXANDER GEORGE MANSOUR, and ROLLY GEORGE MANSOUR,

Case:          17-24206-CIV-MARTINEZ-OTAZO-REYES

Addressee:  **GEBRAN BASSIL**

Type:          Summons and Supplemental Complaint

I, _____, acting pursuant to a letter rogatory from the United States, have the honor to certify:

1.    That a copy of a Supplemental Complaint, dated October 12, 2020, and the Summons have been served this _____ day of _____, 20\_\_

at _____

(Country, Place, Street, Number)

by the following method:

_____

The documents referred to herein have been delivered to:

_____

(name and description of person receiving documents)

_____

(relationship to addressee, e.g., family, business, or other)

2. That a copy of a Supplemental Complaint, dated October 12, 2020, and the Summons, have not been served for the following reasons:

_____

_____

Signed and sworn to this _____ day of _____, 20\_\_\_.

_____
Signature of Affiant