UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA SAMAHA and ELIE SAMAHA

    Plaintiffs,

v.

GEBRAN BASSIL, SALIM JREISSATI,
DANY MACARON, ZIAD MEKANNA,
PETER GERMANOS, MAJED BOUEZ,
AHMAD SASSINE, MONA BACH MANSOUR,
ALEXANDER GEORGE MANSOUR,
ROLLY GEORGE MANSOUR, PASCAL ANTOUN,
SAMIR HAMMOUD, ZIAD ABOU HAIDAR,
FADI WADIH LAYOUN AND MARLENE WADIH
LAYOUN

    Defendants.
_____/

**PLAINTIFFS' AMENDED STATUS REPORT**

Plaintiffs, by and through undersigned counsel, and pursuant to this Honorable Court's April 28, 2021, Status Report Order, hereby file this Amended Status Report. Plaintiffs' Status Report, filed on May 7, 2021, incorrectly stated that Defendants Jreissati and Mekanna joined with Plaintiffs in proposing the discovery schedule set forth in paragraph 14. That schedule is in fact proposed by Plaintiffs only. This Amended Status Report supersedes Plaintiffs' May 7, 2021 Status Report.

1

I. STATUS OF SERVICE

1. On October 12, 2020, Plaintiffs filed a Supplemental Complaint naming as Defendants Gebran Bassil, Salim Jreissati, Dany Macaron, Ziad Mekanna, Peter Germanos, Majed Bouez, Ahmad Sassine, Mona Bach Mansour, Alexander George Mansour, and Rolly George Mansour.

A. GEBRAN BASSIL

2. On October 27, 2020, the Court issued a Summons to Gebran Bassil. ECF No. 159. The Summons and Supplemental Complaint were sent to Gebran Bassil by DHL on December 1, 2020 and delivered on December 5, 2020. ECF No. 173. The Summons and Supplemental Complaint were also sent to Gebran Bassil by Federal Express on December 1, 2020 and delivered on December 4, 2020. ECF No. 173. Additionally, on March 17, 2021, the Court issued an Order granting Plaintiffs' request for the issuance of letters rogatory as to Gebran Bassil. ECF No. 181. Plaintiffs have received the letters rogatory from the Court and are translating them into Arabic for submission to the U.S. Department of State. Gebran Bassil has not filed a response to the Supplemental Complaint.

B. SALIM JREISSATI

3. Salim Jreissati was served by Federal Express. A Summons and the First Amended Complaint were sent to Salim Jreissati on February 12, 2019 and delivered on February 19, 2019. ECF Nos. 45, 58. Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Salim Jreissati by Federal Express on October 15, 2020. ECF No. 153. On December 1, 2020, Salim Jreissati

2

filed a response to the Supplemental Complaint. ECF No. 172. Additionally, on March 17, 2021, the Court issued an Order granting Plaintiffs' request for the issuance of letters rogatory as to Salim Jreissati. ECF No. 181. Plaintiffs have received the letters rogatory from the Court and are translating them into Arabic for submission to the U.S. Department of State.

### C. DANY MACARON

4. Dany Macaron was served by Federal Express. A Summons and the First Amended Complaint were sent to Dany Macaron on February 12, 2019 and delivered on February 19, 2019. ECF Nos. 39, 52. The Clerk of Court entered a default against Dany Macaron on March 25, 2019. ECF No. 79. Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Dany Macaron by Federal Express on October 15, 2020. ECF No. 153. Dany Macaron has not responded to the Supplemental Complaint.

### D. ZIAD MEKANNA

5. Ziad Mekanna was served by Federal Express. A Summons and the First Amended Complaint were sent to Ziad Mekanna on February 12, 2019 and delivered on February 19, 2019. ECF Nos. 48, 61. Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Ziad Mekanna by Federal Express on October 15, 2020. ECF No. 153. On November 12, 2020, Ziad Mekanna filed a response to the Supplemental Complaint. ECF No. 168.

### E. PETER GERMANOS

6. On October 27, 2020, the Court issued a Summons to Peter Germanos. ECF No. 160.  The Summons and Supplemental Complaint were sent to Peter Germanos by DHL on December 1, 2020 and delivered on December 7, 2020.  ECF No. 173.  Peter Germanos has not filed a response to the Supplemental Complaint.

**F. MAJED BOUEZ**

7. On October 27, 2020, the Court issued a Summons to Majed Bouez.  ECF No. 161.  The Summons and Supplemental Complaint were sent to Majed Bouez by DHL on December 1, 2020 but were not successfully delivered.  ECF No. 173.

**G. AHMAD SASSINE**

8. On October 27, 2020, the Court issued a Summons to Ahmad Sassine. ECF No. 162.  The Summons and Supplemental Complaint were sent to Ahmad Sassine by DHL on December 1, 2020 but were not successfully delivered.  ECF No. 173.

**H. MONA BACH MANSOUR**

9. Mona Bach Mansour was served by Federal Express.  A Summons and the First Amended Complaint were sent to Mona Bach Mansour on February 12, 2019 and delivered on February 19, 2019.  ECF Nos. 42, 55.  The Clerk of Court entered a default against Mona Bach Mansour on March 25, 2019.  ECF No. 79.  Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Mona Bach Mansour by Federal Express on October 15, 2020.  ECF No. 153. Mona Bach Mansour has not filed a response to the Supplemental Complaint.

**I. ALEXANDER GEORGE MANSOUR**

10. Alexander George Mansour was served by Federal Express. A Summons and the First Amended Complaint were sent to Alexander Mansour on February 12, 2019 and delivered on February 19, 2019. ECF Nos. 38, 51. The Clerk of Court entered a default against Alexander George Mansour on March 25, 2019. ECF No. 79. Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Mona Bach Mansour by Federal Express on October 15, 2020. ECF No. 153. Alexander George Mansour has not filed a response to the Supplemental Complaint.

**J. ROLLY GEORGE MANSOUR**

11. Rolly George Mansour was served by Federal Express. A Summons and the First Amended Complaint were sent to Rolly George Mansour on February 12, 2019 and delivered on February 19, 2019. ECF Nos. 44, 57. The Clerk of Court entered a default against Rolly George Mansour on March 25, 2019. ECF No. 79. Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Rolly George Mansour by Federal Express on October 15, 2020. ECF No. 153. Rolly George Mansour has not filed a response to the Supplemental Complaint.

**II.   PROPOSED DISCOVERY SCHEDULE AND NEXT STEPS**

**A. DEFENDANTS IN DEFAULT**

12. Defendants Gebran Bassil, Dany Macaron, Peter Germanos, Mona Bach Mansour, Alexander George Mansour, and Rolly George Mansour have not

responded to the Supplemental Complaint.  Defaults should be entered against these Defendants.

### B. DEFENDANTS NOT YET SERVED

13. Despite repeated efforts, Plaintiffs have not been able to serve Defendants Majed Bouez and Ahmad Sassine.  In light of their inability to serve these Defendants, on February 22, 2021, Plaintiffs moved the Court for permission to serve the Defendants by publication.  ECF No. 176.  By Order dated March 17, 2021, the Court denied Plaintiffs' motion for service by publication.  ECF No. 181.  Plaintiffs have been attempting to identify alternative methods of service for these Defendants but have not successfully served these Defendants at this time.  Should Plaintiffs' inability to serve these Defendants persist, Plaintiffs will seek leave to re-file their motion for service by alternative methods, including by publication.

### C. DEFENDANTS WHO HAVE APPEARED

14.  Defendants Salim Jreissati and Ziad Mekanna have responded to the Supplemental Complaint, and in the interests of judicial efficiency, it is appropriate for discovery to proceed with respect to these Defendants, even as efforts to bring the remaining Defendants before the Court continue.  Plaintiffs therefore propose the following discovery schedule with respect to such Defendants:

- Deadline to serve Rule 26 disclosures: June 1, 2021
- Deadline for completion of fact discovery:  March 25, 2022
- Deadline for service of expert reports: April 22, 2022

- Deadline for service of rebuttal expert reports:  May 27, 2022

- Deadline for depositions of expert witnesses: June 24, 2022

- Deadline for summary judgment motions: July 22, 2022

15. Plaintiffs have proposed a period of more than ten months to complete fact discovery to allow what they hope will be sufficient time to effect service on the remaining Defendants; to allow for discovery to be taken by and from the remaining Defendants; and, to allow for discovery from non-parties outside the United States to proceed by way of letters rogatory.  In the event this discovery period proves insufficient, it may be necessary to bifurcate this proceeding to avoid undue delay.

16. Prior to the filing of Plaintiffs' Status Report, Plaintiffs contacted the Defendants for which they have e-mail contact information: Salim Jreissati, Mona Bach Mansour, Alexander George Mansour, Rolly George Mansour, and Dany Macaron. None of the Defendants have responded to Plaintiffs' request as to their concurrence or objection to the proposed status report.

DATED this 12th day of May 2021.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, FL 33609-1703
Tel: (813) 694-7780
rc@attorneyrebeccacastaneda.com

Andrew E. Siegel<br>
District of Colombia Bar No. 1029365<br>
Covington & Burling LLP<br>
One CityCenter<br>
850 Tenth Street, NW<br>
Washington, D.C. 20001<br>
Tel: (202) 662-6000<br>
asiegel@cov.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on May 12, 2021, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to those parties who have registered with the CM/ECF system. For the parties not listed in CM/ECF, a hard copy of this status report has been sent via mail.

By:   Respectfully submitted,

 /s/ *Rebecca L. Castaneda*
Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, FL 33609-1703
Tel: (813) 694-7780
rc@attorneyrebeccacastaneda.com