UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA GEORGE MANSOUR, a/k/a )
LARA SAMAHA, et al )
                                                            )
    *Plaintiffs*,                                  )
                                                            )
v.                                                         )
                                                            )
MONA BACH MANSOUR,               )
individually, et al.,                            )
                                                            )
    *Defendants*.                              )
_____/

**PLAINTIFFS' MOTION FOR A NEW SUMMONS**

NOW COMES Plaintiffs LARA GEORGE MANSOUR and ELI SAMAHA, through undersigned counsel, and files this Motion for a New Summons. In support, Plaintiffs state as follows:

1. On November 19, 2018, Ms. Mansour filed her proposed summons for the defendants, including Defendant Mr. Salim Jreissati, directing defendants to respond to Ms. Mansour's attorney, Mr. Lorne Berkeley. [ECF No. 9-19]

2. This Honorable Court issued summons for all defendants, including Mr. Salim Jreissati. [ECF Nos. 20-30]

1

3. Subsequent to the issuance of the summons, Mr. Berkeley withdrew his appearance; Attorney Andrew Siegel entered his appearance; Attorney Roberto Villasante entered and withdrew his appearance; and undersigned counsel entered her appearance. [ECF Nos. 90, 92, 119, 131, 133, 139]

4. To re-serve Mr. Salim Jreissati by Letters Rogatory, Plaintiffs request that this Court issue a new summons with the contact information of current undersigned counsel.

5. A proposed summons is attached hereto.

Plaintiff requests that this Court re-issue a summons with the proper contact information for undersigned counsel.

DATED this 16th day of September 2021.

Respectfully submitted,

s/Rebecca L. Castaneda
REBECCA L. CASTANEDA, ESQ.
The Castaneda Law Firm
506 North Armenia Avenue
Tampa, Florida 33609
Tel: (813) 694-7780
Fax: (813) 701-3697
rc@attorneyrebeccacastaneda.com
Florida Bar No. 1007926

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system which will send an electronic filing to counsel of record, this 16th day of September 2021.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via mail to those parties who are not registered with the CM/ECF system.

Respectfully submitted,

s/Rebecca L. Castaneda
REBECCA L. CASTANEDA, ESQ.
The Castaneda Law Firm
506 North Armenia Avenue
Tampa, Florida 33609
Tel: (813) 694-7780
Fax: (813) 701-3697
rc@attorneyrebeccacastaneda.com
Florida Bar No. 1007926