# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

## CASE NO.: 17-24206-CIV-MARTINEZ-OTAZO-REYES

| | |
|---|---|
| LARA GEORGE MANSOUR, a/k/a LARA SAMAHA, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) ) |
| GEBRAN BASSIL, et al., | ) ) ) |
| *Defendants*. | ) |

## **PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT**

Plaintiffs, by and through undersigned counsel, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby file this Motion for Entry of Default as to Defendants Gebran Bassil, Dany Macaron, Peter Germanos, Mona Bach Mansour, Alexander George Mansour, and Rolly George Mansour, and, as grounds therefore, states as follows:

1. On October 27, 2020, the Court issued a Summons to Gebran Bassil. [ECF No. 159] The Summons and Supplemental Complaint were sent to Gebran Bassil by DHL on December 1, 2020 and delivered on December 5, 2020. [ECF No. 173] The Summons and Supplemental Complaint were also sent to Gebran Bassil by Federal Express on December 1, 2020 and delivered on December 4, 2020. [ECF No. 173] Gebran Bassil has not filed a response to the Supplemental Complaint.

1

2.      Defendant Dany Macaron was served by Federal Express.  A Summons and the First Amended Complaint were sent to Dany Macaon on February 12, 2019 and delivered on February 19, 2019.  [ECF Nos. 39, 52]  The Clerk of Court entered a default against Dany Macaron on March 25, 2019.  [ECF No. 79]  Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Dany Macaron by Federal Express on October 15, 2020.  [ECF No. 153]  Dany Macaron has not filed a response to the Supplemental Complaint.

3.      On October 27, 2020, the Court issued a Summons to Peter Germanos. [ECF No. 160]  The Summons and Supplemental Complaint were sent to Peter Germanos by DHL on December 1, 2020 and delivered on December 7, 2020.  [ECF No. 173]  Peter Germanos has not filed a response to the Supplemental Complaint.

4.      Mona Bach Mansour was served by Federal Express.  A Summons and the First Amended Complaint were sent to Mona Bach Mansour on February 12, 2019 and delivered on February 19, 2019.  [ECF Nos. 42, 55]  The Clerk of Court entered a default against Mona Bach Mansour on March 25, 2019.  [ECF No. 79] Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Mona Bach Mansour by Federal Express on October 15, 2020.  [ECF No. 153]  Mona Bach Mansour has not filed a response to the Supplemental Complaint.

5.      Alexander George Mansour was served by Federal Express.  A Summons and the First Amended Complaint were sent to Alexander Mansour on February 12, 2019 and delivered on February 19, 2019.  [ECF Nos. 38, 51]  The

Clerk of Court entered a default against Alexander George Mansour on March 25, 2019. [ECF No. 79] Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Alexander George Mansour by Federal Express on October 15, 2020. [ECF No. 153] Alexander George Mansour has not filed a response to the Supplemental Complaint.

6. Rolly George Mansour was served by Federal Express. A Summons and the First Amended Complaint were sent to Rolly George Mansour on February 12, 2019 and delivered on February 19, 2019. [ECF No. 44, 57] The Clerk of Court entered a default against Rolly George Mansour on March 25, 2019. [ECF No. 79] Pursuant to the Court's October 7, 2020 Order, Plaintiffs sent the Supplemental Complaint to Rolly George Mansour by Federal Express on October 15, 2020. [ECF No. 153] Rolly George Mansour has not filed a response to the Supplemental Complaint.

7. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), a defendant must serve an answer within 21 days after being served with a summons and complaint. As a result, "[w]hen a party against whom judgment for affirmative relief is sought has failed to plead or otherwise defend . . . the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

8. The time for Defendants Gebran Bassil, Dany Macaron, Peter Germanos, Mona Bach Mansour, Alexander George Mansour, and Rolly George Mansour to respond to the Supplemental Complaint has expired.

WHEREFORE, Plaintiffs respectfully request that the Clerk of Court enter a default against Defendants Gebran Bassil, Dany Macaron, Peter Germanos, Mona Bach Mansour, Alexander George Mansour, and Rolly George Mansour.

Dated this 17th day of November 2021.

Respectfully submitted,

/s/ Rebecca L. Castaneda
Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, FL 33609-1703
Tel: (813) 694-7780
rc@attorneyrebeccacastaneda.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically by the CM/ECF system which will send an electronic filing to any counsel of record, this 17th day of November 2021. For the parties not listed in CM/ECF, a hard copy of this order has been sent via mail.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*
REBECCA L. CASTANEDA, ESQ.
The Castaneda Law Firm
506 North Armenia Avenue
Tampa, Florida 33609
Tel: (813) 694-7780
Fax: (813) 701-3697
rc@attorneyrebeccacastaneda.com
Florida Bar No. 1007926