UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA SAMAHA and ELIE SAMAHA,

Plaintiffs,

v.

GEBRAN BASSIL, SALIM JREISSATI,
DANY MACARON, ZIAD MEKANNA,
PETER GERMANOS, MAJED BOUEZ,
AHMAD SASSINE, MONA BACH MANSOUR,
ALEXANDER GEORGE MANSOUR,
ROLLY GEORGE MANSOUR,

Defendants.
_______________________________________/

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Plaintiffs, by and through undersigned counsel, hereby respectfully request that the Court schedule a status conference to discuss the efficient proceeding of this litigation, and state as follows:

1. Since the filing of Plaintiffs' Supplemental Complaint on October 12, 2020, only Defendants Salim Jreissati and Ziad Mekanna ("Appearing Defendants") have responded to the Supplemental Complaint, and the Appearing Defendants have ignored the Court's April 28, 2021 Minute Order requiring them to "confer and file a joint status report" including "suggestions for the efficient proceeding of this litigation." The remaining Defendants have failed to respond to the Supplemental Complaint in any manner for the past seventeen months. Accordingly, Plaintiffs

respectfully request that the Court order a status conference to discuss the efficient proceeding of this litigation.

2. <u>Claims, Defenses and Relevant Issues:</u> This action arises from Defendants' unlawful conduct in connection with the kidnapping and torture of Plaintiffs. In response to Plaintiffs' efforts to vindicate certain inheritance rights in this Court, Defendants brought defamation charges against Mrs. Samaha in Lebanon and subsequently lured Plaintiffs from Miami, Florida to Beirut, Lebanon to kidnap and torture them. Defendants illegally acted in concert to detain and torture Plaintiffs in inhumane conditions for several days, all in an effort to force Plaintiffs to dismiss their lawsuit in this Court – a United States property interest.

3. Because the Appearing Defendants have responded to the Supplemental Complaint, it is appropriate for discovery to proceed with respect to these Defendants.

4. On May 12, 2021, Plaintiffs filed an Amended Status Report proposing a discovery schedule with respect to the Appearing Defendants. [ECF No. 184]

5. Plaintiffs have on multiple occasions sought to confer with the Appearing Defendants pursuant to Fed. R. Civ. P. 26(f)(1) so that the parties could jointly propose a discovery schedule, but those efforts have been unsuccessful. Plaintiffs therefore respectfully request that this Honorable Court schedule a status conference to address the entry of a discovery schedule as to the Appearing Defendants.

6. Plaintiffs propose the following discovery schedule and will be prepared to discuss this proposed schedule at the requested status conference:

- Deadline to serve Rule 26 disclosures: April 1, 2022

- Deadline for completion of fact discovery: December 9, 2022
- Deadline for service of initial expert reports: January 13, 2023
- Deadline for service of rebuttal expert reports: February 10, 2023
- Deadline for depositions of expert witnesses: March 10, 2023
- Deadline for summary judgment motions: April 7, 2023

11. Prior to the filing of this Motion, Plaintiffs contacted the Defendants for whom they have e-mail contact information to request their consent to a proposed discovery schedule. Those Defendants are Salim Jreissati, Mona Bach Mansour, Alexander George Mansour, Rolly George Mansour, and Dany Macaron. Plaintiffs also contacted Defendant Mekanna via postal mail. None of the Defendants responded to Plaintiffs' request.

12. This litigation has been pending before the Court for more than four years. Accordingly, Plaintiffs respectfully submit that the Court should schedule a status conference to discuss how to proceed with the litigation efficiently, despite Defendants' refusal to participate in the proceedings.

DATED this 15th day of March 2022.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*

Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, FL 33609-1703
Tel: (813) 694-7780
rc@attorneyrebeccacastaneda.com

Andrew E. Siegel
District of Colombia Bar No. 1029365
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001
Tel: (202) 662-6000
asiegel@cov.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on March 15, 2022, with the Clerk of the Court using the CM/ECF system which will automatically transmit an electronic copy to those parties who have registered with the CM/ECF system. For the parties not listed in CM/ECF, a hard copy of this status report has been sent via mail.

By: Respectfully submitted,

*/s/ Rebecca L. Castaneda*

Rebecca L. Castaneda
Florida Bar No. 1007926
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, FL 33609-1703
Tel: (813) 694-7780
rc@attorneyrebeccacastaneda.com