UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-24206-CIV-MARTINEZ

LARA SAMAHA and
ELIE SAMAHA,

      Plaintiffs,

v.

MONA BACH MANSOUR, *et al.*,

      Defendants.
_____/

## OMNIBUS ORDER

      THIS CAUSE comes before the Court upon a *sua sponte* review of the record and Plaintiff's Motion for Entry of Default (the "Motion for Default"), (ECF No. 187). In or around October 2020, the Clerk issued summonses to Defendants Gebran Bassil, Ahmad Sassine, Peter Germanos, and Majed Bouez, (ECF Nos. 155–58), and Plaintiff served Defendants Alexander Mansour, Mona Mansour, and Rolly Mansour with the Supplemental Complaint, (ECF Nos. 153–54), on this Court's Order, (ECF No. 148). The deadline for Defendants Gebran Bassil, Ahmad Sassine, Peter Germanos, Majed Bouez, Alexander Mansour, Mona Mansour, and Rolly Mansour to file an answer or otherwise respond to the Complaint has passed and, to date, Defendants have failed to do so.

      The Federal Rules of Civil Procedure provide that the Clerk must enter a default against a defendant who has failed to plead or otherwise defend. Fed. R. Civ. P. 55. The Court may *sua sponte* direct the Clerk to enter a default as part of its inherent power to manage its docket. *See Codigo Music, LLC v. Televisa, S.A., de C.V.*, No. 15-21737-CIV, 2015 WL 13754256, at *1 (S.D. Fla. Aug. 3, 2015).

      Accordingly, it is

      ORDERED AND ADJUDGED that:

      1.    The Clerk is DIRECTED to enter default against the following Defendants:

            a.    Gebran Bassil,

      b.      Ahmad Sassine,

      c.      Peter Germanos,

      d.      Majed Bouez,

      e.      Alexander Mansour,

      f.      Mona Mansour, and

      g.      Rolly Mansour

2.    Plaintiff's Motion for New Summons, (ECF No. 186), and Plaintiff's Motion for Hearing, (ECF No. 190), are, therefore, DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of July, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Mona Mansour, *pro se*
Alexander Mansour, *pro se*
Rolly Mansour, *pro se*
Dany Mansour, *pro se*