UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LARA SAMAHA, et al.

PLAINTIFF(S)

v.

PASCAL ANTOUN, et al.,

DEFENDANT(S).

CASE NUMBER
1:17−cv−24206−JEM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Gebran Bassil
Ahmad Sassine
Peter Germanos
Majed Bouez
Alexander Mansour
Mona Mansour
Rolly Mansour**

as of course, on the date July 14, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Suzanne Carlson*
Deputy Clerk

cc: Magistrate Judge Alicia M. Otazo−Reyes
    Pascal Antoun
    Youssef Jabre Building
5th Floor
Antelias Highway

    Metn, Mount Lebanon

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)