UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA SAMAHA and ELIE SAMAHA
    Plaintiffs,

v.

GEBRAN BASSIL, SALIM JREISSATI,
DANY MACARON, ZIAD MEKANNA,
PETER GERMANOS, MAJED BOUEZ,
AHMAD SASSINE, MONA BACH MANSOUR,
ALEXANDER GEORGE MANSOUR,
ROLLY GEORGE MANSOUR, PASCAL ANTOUN,
SAMIR HAMMOUD, ZIAD ABOU HAIDAR,
FADI WADIH LAYOUN AND MARLENE WADIH
LAYOUN

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Plaintiffs, LARA AND ELIE SAMAHA, by and through their counsel, and hereby files this this motion to withdraw Attorney Rebecca Castaneda as counsel of record, and in support states as follows:

1. On June 24, 2022 Attorney T. Omar Malone and Attorney Michael Tein submitted their notices of appearance as counsel in this matter. [ECF No. 191]

2. Both attorneys are licensed and admitted to the Southern District of Florida and are able to serve as local counsel in this matter.

3. The Plaintiffs have asked the undersigned to withdraw from their case.

1

4. Due to the foregoing reasons, undersigned counsel respectfully moves to withdraw as counsel of record.

## **CONCLUSION**

WHEREFORE, Plaintiffs, LARA AND ELI SAMAHA, by and through their undersigned counsel pray this Honorable Court will grant the requested relief and allow the undersigned to withdraw as Plaintiffs' counsel.

Respectfully submitted,

By: /s/ Rebecca Castaneda
Rebecca L. Castaneda
Florida Bar No.: 1007926
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
Rebecca@CastLF.com

2

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 11, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Rebecca Castaneda
Rebecca L. Castaneda
Florida Bar No.: 1007926
The Castaneda Law Firm PLLC
506 N. Armenia Avenue
Tampa, Florida 33609-1703
Rebecca@CastLF.com
