UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-24206-CIV-MARTINEZ-OTAZO-REYES

LARA SAMAHA and ELIE SAMAHA,

        Plaintiffs,

v.

GEBRAN BASSIL,
SALIM JREISSATI,
DANY MACARON,
ZIAD MEKANNA,
PETER GERMANOS,
MAJED BOUEZ,
AHMAD SASSINE,
MONA BACH MANSOUR,
ALEXANDER GEORGE MANSOUR, and
ROLLY GEORGE MANSOUR,

        Defendants.

## NOTICE OF LIMITED APPEARANCE
## ON BEHALF OF DEFENDANT GEBRAN BASSIL

COMES NOW the undersigned attorney, Mandi Clay, Esq., and enters her limited appearance on behalf of Defendant Gebran Bassil. Defendant Bassil only to challenge the entry of Clerk's Default against because he has not yet been served with process in this action. Defendant Bassil does not waive his right to proper service of process, his rights to challenge subject matter and personal

jurisdiction in this matter, nor his right to raise any potential defenses in this action.

Respectfully submitted this 11th day of August, 2022, by:

> /s/ Mandi Clay, Esq.
> MANDI CLAY, ESQ.
> Florida Bar No. 28808
> THREE THIRTEEN LAW, PLLC
> 5408 Bruton Rd.
> Plant City, FL 33565
> mandi@threethirteenlaw.com
> eservice@threethirteenlaw.com
> (813) 530-9849

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2022, a true and correct copy of the foregoing was filed with this Court vie the CM/ECF syetem.

I FURTHER CERTIFY that a true and correct copy of the foregoing was served to all parties named in the attached SERVICE LIST by the method stated thereon.

> /s/Mandi Clay
> Attorney

# SERVICE LIST

**Served via CM/ECF:**

Rebecca Lynn Castaneda
1220 E. Cumberland Avenue
#136
Tampa, FL 33602
857-334-1880
Email: rc@attorneyrebeccacastaneda.com

Andrew E. Siegel
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
202 662-5021
Email: asiegel@cov.com

Todd Omar Malone
THE MALONE LAW FIRM, PA
701 BRICKELL AVENUE
SUITE 1550
Miami, FL 33131
305-728-5134
Fax: 305-728-5288
Email: omar@malonelawfirm.com

Michael Christopher Fasano
Fasano Law Firm, PLLC
1000 Brickell Avenue
Suite 920
Miami, FL 33131
786-530-5239
Email: mfasano@fasanolawfirm.com

**Served via U.S. Mail:**

Mona Bach Mansour
General Street, Joseph Attik Building
Furn El Chebak
1st Floor
Beirut
Lebanon

Alexander George Mansour
Claude Tabet Street
Olivar 1. Bloc D
Jamhour
Lebanon

Rolly George Mansour
Val Pere Jack Street, Dahdouh Building
Ground Floor
Bsalim
Lebanon

Ziad Mekanna
Courthouse
Second Floor
Baabda
Lebanon

Peter Germanos
Demascus Road
Center Nakhle Building
Furn El Chebak
Beirut
Lebanon

Majed Bouez
Boueiz Law Firm
Anwar Street

Kassouf Plaza, 3rd Floor
Jdeideh Metn
Lebanon

Ahmad Sassine
Internal Security Forces Headquater
Ibrahim Khoury Barracks
Adib Isaac Street
Achrafieh, Beirut
Lebanon